UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DALE BARGER,<br>        Plaintiff,<br>    v.<br>HARDY, et al.,<br>        Defendants. | Case No. 15-cv-00027-WHO (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff Gary Dale Barger's allegations in this federal civil rights action are based on events occurring in the counties of Ventura, Kern, San Luis Obispo, San Bernardino, Santa Barbara, and Los Angeles, none of which lie in the Northern District. This action is TRANSFERRED to the Central District of California wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred, and the defendants named reside, in the Central District, specifically in the counties of Ventura, San Luis Obispo, San Bernardino, Santa Barbara, and Los Angeles. *See* 28 U.S.C. §§ 84(c), 1391(b), and 1406(a). The receiving court shall decide the fate of the claims that likely should be heard in the Eastern District, that is, those that occurred in Kern County. The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** February 25, 2015

_____
WILLIAM H. ORRICK
United States District Judge